

**FILED**

AUG 13 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SMALL BUSINESS FINANCE ASSOCIATION,

    Plaintiff - Appellant,

v.

CLOTHILDE HEWLETT, solely in her official capacity as Commissioner of the California Department of Financial Protection and Innovation,

    Defendant - Appellee.

No. 24-50

D.C. No. 2:22-cv-08775-RGK-SK
Central District of California,
Los Angeles

ORDER

Appellee's unopposed motion (Docket Entry No. 20) for an extension of time to file the answering brief is granted.

The answering brief is due September 13, 2024. The optional reply brief is due within 21 days after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT